**CARROLLTON & OAK LLC**     \*       **NO. 2022-C-0522**

**VERSUS**     \*

                    **COURT OF APPEAL**

**NGA NGUYEN, ET AL**     \*

                    **FOURTH CIRCUIT**

        \*

                    **STATE OF LOUISIANA**

           **\* \* \* \* \* \* \***

APPLICATION FOR WRITS DIRECTED TO
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2017-00972, DIVISION "F-14"
Honorable Jennifer M Medley,
**\* \* \* \* \* \***
**Judge Sandra Cabrina Jenkins**
**\* \* \* \* \* \***

(Court composed of Chief Judge Terri F. Love, Judge Joy Cossich Lobrano, Judge Sandra Cabrina Jenkins)

Justin Asher Zitler
ATTORNEY AT LAW
4819 Constance Street
New Orleans, Louisiana 70119

Connie P. Trieu
TRIEU LAW, LLC
1800 Carol Sue Ave., Suite 7
New Orleans, Louisiana 70056

       COUNSEL FOR RELATORS

Michael G. Bagneris
BAGNERIS, PIEKSEN & ASSOCIATES, LLC
935 Gravier Street, Suite 2110
New Orleans, Louisiana 70112

Eric O. Person
ATTORNEY AT LAW
1539 Jackson Ave., Suite 100
New Orleans, Louisiana 70130

       COUNSEL FOR RESPONDENTS

                     **WRIT GRANTED; RELIEF DENIED**

**JUNE 26, 2023**

*SCJ*
*TFL*
*JCL*

On July 30, 2022, relator, Tommy Ngo, filed this writ application seeking review of the trial court's May 23, 2022 judgment granting plaintiff's re-urged motion for directed verdict and denying relator's motion for involuntary dismissal. Subsequently, this Court ordered relator to supplement the writ application in compliance with the Uniform Rules and granted respondent's motion for time to respond. Respondent also filed a motion to dismiss the writ application, to which relator filed a reply. In consideration of the writ application and pleadings filed, on October 25, 2022, this Court issued a writ disposition in this matter.

On October 27, 2022, this Court received a "Request for Clarification and Direction" from the trial court. Therein, the trial court stated that, on October 4, 2022, relator/defendant filed Chapter 13 Bankruptcy in U.S. Bankruptcy Court for the Eastern District of Louisiana, and listed plaintiff/respondent as a creditor. The trial court noted that, pursuant to 11 U.S.C. § 362, an automatic stay of the state court proceedings went into effect. The trial court then sought clarification and direction from this Court as to whether it was divested of jurisdiction to comply with the orders within this Court's October 25, 2022 disposition. In consideration of that notice regarding relator's bankruptcy proceedings in U.S. Bankruptcy

1

Court, on October 31, 2022, this Court issued an order rescinding its October 25, 2022 writ disposition and staying this matter.

On June 14, 2023, this Court received notice of an order issued on June 8, 2023, by the U.S. Bankruptcy Court in relator's bankruptcy proceedings, based on its consideration of a "Motion for Limited Stay Relief, as Stipulated by the Parties in Interest, for Finality in State Court on the Merits of Liability and Quantum Judgments" filed by Tommy Ngo (relator), and the response filed by Carrollton & Oak, LLC (respondent). The Bankruptcy Court ordered, in pertinent part, "that limited relief from the automatic stay under 11 U.S.C. § 362 is GRANTED solely to permit the parties to furnish a copy of this Order to the Louisiana 4th Circuit Court of Appeal, request that that Court issue its decision on a pending writ application in Case no. 2022-C-0522, and to permit that Court to issue such decision."

In consideration of the Order issued by the U.S. Bankruptcy Court, this Court now issues the following disposition. Upon review of the writ application filed by relator and supplemental pleadings filed by the parties, we find that the trial court decreed the May 23, 2022 judgment to be a final judgment for purposes of appeal, pursuant to La. C.C.P. arts. 1911 and 1915.[1] Accordingly, the writ is granted for the limited purpose of remanding this matter to the trial court for treatment of the relator's notice of intent as a motion for appeal.

**WRIT GRANTED; RELIEF DENIED**

---

[1] On September 30, 2022, in consideration of an "Emergency Motion to Clarify a Misstatement Pursuant to La Code of Civil Procedure 2088(A)(4)", the trial court signed a judgment decreeing, in pertinent part, that the May 23, 2022 judgment is a final judgment in accordance with La. C.C.P. arts. 1911 and 1915.